## BOARD OF COUNTY COMMISSIONERS OF ST JOSEPH COUNTY ET AL. v. NEVINS.

[No. 26,974. Filed May 17, 1938. Rehearing denied July 13, 1938.]

*J. Clifford Potts* and *George L. Rulison,* for appellants.

*Lewis W. Hammond, Walter R. Arnold* and *Herbert J. Patrick,* for appellee.

PER CURIAM—Appellee brought this action to recover additional salary as clerk of St. Joseph Circuit Court and from a judgment in his favor appellants appealed. The questions presented on this appeal are identical with those presented in the case of *Board of Commissioners of St. Joseph County* v. *Crowe,* number 26,975, ante 446, decided at this term, and upon authority of that case this judgment is affirmed.